UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

CIVIL ACTION NO. 22-70-WOB

MARLON HENSON                                      PLAINTIFF

VS.                            <u>ORDER</u>

JAMES DAVID GREEN                            DEFENDANT

    This matter is before the Court on the Report and Recommendation (Doc. 5) of the Magistrate Judge, and no objections having been filed, and the Court being sufficiently advised,

    **IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that this action be, and hereby is **TRANSFERRED** to the United States District Court for the Western District of Kentucky, Louisville Division.

    This 7th day of October, 2022.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge